UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| ALEJANDRO MUNDO PEREZ, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 2:26-cv-00336-MPB-MG |
| | ) | |
| BRISON SWEARINGEN Sheriff, Clay County Jail, | ) | |
| SAMUEL OLSON Field Office Director of Chicago, Illinois, Office of Detention and Removal, U.S. Immigrations and Customs Enforcement; U.S. Department of Homeland Security, | ) | |
| TODD M. LYONS Acting Director, Immigration and Customs Enforcement, U.S. Department of Homeland Security, | ) | |
| MARKWAYNE MULLIN U.S. Secretary, U.S. Department of Homeland Security, | ) | |
| TODD BLANCHE U.S. Attorney General of the United States; In their Official Capacities, | ) | |
| BRIAN ENGLISH Warden , Miami Correctional Facility, | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER**

The Court granted the petition for writ of habeas corpus and withheld entry of final judgment so that the Warden of Miami Correctional Facility could appear. Dkt. [11]. Though process was issued, the Warden has not appeared. Nonetheless, no party has argued that the Warden—or anyone else—has failed to comply with the Court's order. Additionally, there is evidence that Petitioner has received the bond hearing that the Court ordered. Dkt. [12].

1

Because there is no just reason to delay the entry of final judgment any longer, the Court

**directs** that final judgment be entered in this case.

**IT IS SO ORDERED.**

Dated:  July 24, 2026

Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Distribution:

BRIAN ENGLISH
Miami Correctional Facility
3038 W. 850 S. Bunker Hill, IN 46914-9810

All electronically registered counsel

2